828 A.2d 1005

**Dr. Robert LOWENSTEIN and Marsha Zimand Lowenstein, Appellees**

v.

**CHUBB AND SON, INC. and Federal Insurance Company, Appellants.**

Supreme Court of Pennsylvania.

July 21, 2003.

A. Richard Feldman, for AAA Mid–Atlantic Insurance Group, amicus curiae.

Brian Scott Rudick, Alan H. Perer, Robert L. Byer, Pittsburgh, for Robert and Marsha Lowenstein, appellees.

Bridget M. Gillespie, Esq., Picadio, McCall, Miller & Norton, Pittsburgh, for Chubb & Son/Federal Insurance Company, appellant.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### *ORDER*

PER CURIAM.

**AND NOW**, this 21st day of July, 2003, the appeal is **DISMISSED AS IMPROVIDENTLY GRANTED.** "Appellees' Application to Dismiss Appeal in Light of Recent Supreme Court Decision", "Appellees' Application to Strike Brief for Amicus Curiae AAA Mid–Atlantic Insurance Group" and "Appellees' Supplement to Pending Application to Dismiss Appeal (Filed June 14, 2000)" are hereby **DISMISSED AS MOOT.**